# Weinberger & Weinberger, LLP
**Attorneys at Law**

630 Third Avenue, 18th Floor
New York, New York 10017
Tel: (212) 867-9595
Fax: (212) 949-1857

Stuart A. Weinberger (N.Y. & N.J.)
Helene C. Weinberger (N.Y.)

October 24, 2024

Magistrate Judge Robert W. Lehrburger
United States Courthouse
500 Pearl Street
New York, New York 10007

Regarding:   Simoni v. The First Rate Group, LLC, et.al.

Docket No.: 24-cv05784 (JMF)

Dear Judge Lehrburger:

  My firm represents the defendant, Quality Concierge Services, Inc. ("Quality"). Quality requests that the settlement conference scheduled for next week on October 29th be adjourned.

  I was retained to handle this matter last week. On October 15, 2024, Quality submitted a request for an extension of time to answer or otherwise move with respect to the complaint. Judge Furman granted the extension of time to answer or otherwise move until November 12, 2024.

  At nightfall on October 15, 2024, the Jewish holiday Sukkot started. Today and tomorrow (which are Shemini Atzeret and Simchat Torah) conclude the holiday period. The individuals involved in this case for Quality have been out of the office and will be unreachable because of this holiday period until this coming Monday.

  Since the individuals have been out of the office and because of the Jewish holidays, I have been unable to obtain the information that is needed to participate meaningfully in the settlement conference. I cannot even submit a position statement prior to the settlement conference because I do not have all the information that I need to include in such a statement. Thus, Quality requests a short adjournment.

  Quality is cognizant that Judge Furman has requested that this conference take place before his conference with the parties on November 6th. Quality will work with the parties and this Court to set a date for this settlement conference before November 6th.

  I have emailed the attorney for the other defendants and plaintiff's counsel for their

Magistrate Judge Robert W. Lehrburger
October 24, 2024
Page 2

positions on the adjournment request. I have not yet received a response.

                                                Respectfully submitted,
                                                /s/ Stuart Weinberger
                                                Stuart Weinberger

cc: Abdul Hassan, Esq.
     Gregg Brochin, Esq.

Request granted. The settlement conference will be rescheduled; however, the new date likely will be after November 6. Judge Lehrburger's Deputy Clerk will coordinate a new date for the settlement conference with the parties. The parties shall meet and confer as to how they wish to proceed with respect to the conference date with Judge Furman and direct any request directly to him.

SO ORDERED:

10/28/2024

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

SW:Quality.L102424