# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

**Abdul K. Hassan, Esq.**                                                                                  Tel: 718-740-1000
Email: abdul@abdulhassan.com                                                                      Fax: 718-740-2000
*Employment and Labor Lawyer*                                                               Web: www.abdulhassan.com

<p align="center">March 20, 2025</p>

**Via ECF**

Hon. Jesse M. Furman, USDJ
United States District Court, SDNY
40 Foley Square
New York, NY 10007

<p align="center"><b><u>Re: Simoni v. The First Rate Group LLC et al</u></b><br>
Case No.  24-CV-05784 (JMF)(RWL)<br>
<b>Motion to Adjourn, etc.</b></p>

Dear Judge Furman:

     My firm represents plaintiff in the above-referenced action, and I respectfully write to request a 30-day adjournment of the March 26, 2025 pre-trial conference and related deadlines. This request is being made because on March 18, 2025, the single remaining/non-settling defendant in this case, Quality Concierge Services Inc., filed a motion seeking to compel mediation pursuant to a CBA and some additional time is needed to confer as to this request. No prior request for an adjournment of this conference was made.

     I thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

 /s/ Abdul Hassan
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

**cc:**     Defense Counsel via ECF

Application GRANTED.  The pretrial conference is hereby ADJOURNED to **April 30, 2025**, at **9:00 a.m.**  Plaintiff shall file any opposition to the motion to compel mediation no later than **April 1, 2025**.  Defendant's reply, if any, shall be filed no later than **April 8, 2025**.  The Clerk of Court is directed to terminate ECF No. 43.

SO ORDERED.

*[signature]*

March 21, 2025

<p align="center">1</p>