UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
ARIANIT SIMONI, :
:
:
Plaintiff, :
: 24-CV-5784 (JMF)
-v- :
: ORDER
:
THE FIRST RATE GROUP LLC et al., :
:
Defendants. :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's July 16, 2025 Order, ECF No. 50, the parties were required to file a joint letter updating the Court on the status of mediation, the contents of which are described therein, by August 25, 2025. To date, the parties have failed to do so. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **September 9, 2025.** Future failures to abide by the Court's deadlines may result in sanctions.

      SO ORDERED.

Dated: August 26, 2025
       New York, New York
                                      JESSE M. FURMAN
                                United States District Judge