**Weinberger & Weinberger, LLP**
Attorneys at Law

630 Third Avenue, 18th Floor
New York, New York 10017
Tel: (212) 867-9595
Fax: (212) 949-1857

Stuart A. Weinberger (N.Y. & N.J.)
Helene C. Weinberger (N.Y.)

November 10, 2025

*Via ECF*
Hon. Judge Jesse M. Furman
U.S. District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:  *Simoni v. First Rate Group, LLC, et al*
     *Index No.: 24-CV-05784*

Dear Judge Furman:

This office represents Defendant Quality Concierge Services, Inc. ("QCS" or "the company") in the above referenced action. I am writing to provide the court with a status update regarding this case. As set forth in the previous status report to the court dated September 9, 2025, there was a meeting scheduled to take place on November 3, 2025. The meeting was between the union – Local 32BJ – and QCS, as part of the grievance process set forth in the collective bargaining agreement. The November 3rd meeting was adjourned and is in the process of being re-scheduled by the union and the company.

Defendant respectfully requests that the court extend the stay of all future deadlines and conferences until January 9, 2026. Counsel for Plaintiff consents to this request.

Thank you for your time and consideration regarding this matter.

Respectfully submitted,
/s/ Stuart Weinberger
Stuart Weinberger

cc: Abdul Hassan Esq. (By an ECF Filing)

Application GRANTED.  The parties shall file a joint letter updating the Court on the status of the case no later than **January 8, 2026.**  The Clerk of Court is directed to terminate ECF No. 54.

SW:QCS.L111025

SO ORDERED.

November 12, 2025