UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                        :

ARIANIT SIMONI,                       :

                  Plaintiff,      :

                        :            24-CV-5784 (JMF)

        -v-                  :

                        :              ORDER

THE FIRST RATE GROUP LLC et al.,    :

                        :

                Defendants.   :

                        :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's January 9, 2026 Order, ECF No. 57, the parties were required to file a joint letter updating the Court on the status of mediation, the contents of which are described therein, by February 8, 2026.  To date, the parties have failed to do so.  As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **February 19, 2026.**  Future failures to abide by the Court's deadlines may result in sanctions.

      SO ORDERED.

Dated: February 13, 2026                    _____
      New York, New York               JESSE M. FURMAN
                                United States District Judge