UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

ARIANIT SIMONI,                                  :
                                                 :
                                                 :
                   Plaintiff,                    :
                                                 :            24-CV-5784 (JMF)
           -v-                                   :
                                                 :            ORDER
THE FIRST RATE GROUP LLC et al.,                 :
                                                 :
                   Defendants.                   :
                                                 :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

Pursuant to the Court's January 9, 2026 Order, ECF No. 57, the parties were required to file a joint letter updating the Court on the status of mediation, the contents of which are described therein, by March 8, 2026. To date, the parties have failed to do so. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **March 19, 2026. Future failures to abide by the Court's deadlines may result in sanctions.**

SO ORDERED.

Dated: March 12, 2026                    _____
       New York, New York                        JESSE M. FURMAN
                                                United States District Judge