# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~~

**Abdul K. Hassan, Esq.**
Email: abdul@abdulhassan.com
***Employment and Labor Lawyer***

Tel: 718-740-1000
Fax: 718-740-2000
Web: www.abdulhassan.com


**September 18, 2026**

**Via ECF**

Hon. Jesse M. Furman, USDJ
United States District Court, SDNY
40 Foley Square
New York, NY 10007

**Re: Simoni v. The First Rate Group LLC et al**
**Case No. 24-CV-05784 (JMF)(RWL)**
**Motion for Extension of Time**

Dear Judge Furman:

My firm represents plaintiff in the above-referenced action, and I respectfully write to request a brief two-week extension of the deadline for the parties to submit resolution papers, etc. This request is being made because it is my understanding that Defendant will be serving an offer of judgment soon. No prior request for an extension of this deadline was made.

I thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

_/s/ Abdul Hassan_____________
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

**cc: Defense Counsel via ECF**

Application GRANTED. The Clerk of Court is directed to terminate ECF No. 72.

SO ORDERED.

September 18, 2026
~~~~~