**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Arianit Simoni,<br><br>Plaintiff,<br>-v-<br><br>The First Rate Group LLC,<br>First Rate Maintenance LLC, and<br>Quality Concierge Services Inc,<br><br>Defendants. | **Civ. Action #: 24-CV-05784 (JMF)(RWL)**<br><br>**JUDGMENT** |

A notice of acceptance of a Rule 68 Offer of Judgment having been filed on September 24, 2026; and Defendant Quality Concierge Services Inc, having offered to allow entry of judgment to be taken against it and in favor of Plaintiff Arianit Simoni in the amount of $20,000.00;

ORDERED and ADJUDGED that judgment is entered in favor of Arianit Simoni and against Defendant Quality Concierge Services Inc, in the amount of $20,000.00.

**Dated: September 25 , 2026**
**New York, New York**

*Hon. Jesse M. Furman*
*United States District Judge*

The Clerk of Court is directed to close the case. All motions are moot. All conferences are canceled.